**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 52834.

Sept. 29, 1972.

Writ refused. Since the trial judge has granted the applicant an out-of-time appeal, this application is now moot.

266 So.2d 716

**STATE of Louisiana ex rel. Gary P. SIMPSON**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 52836.

Sept. 29, 1972.

Writ denied. The showing made does not warrant the exercise of our original or supervisory jurisdiction.

266 So.2d 716

**STATE of Louisiana**

v.

**Robert Samuel EVERITT, Jr.**

No. 52837.

Sept. 29, 1972.

Writ denied; we find no abuse of the trial court's discretion.

BARHAM, J., is of the opinion the writ should be granted. The revocation of probation was based solely upon the evidence secured in an admittedly unconstitutional search and seizure. Relator was not allowed to offer evidence of abuse and harassment by police and probation officers preceding this unconstitutional search. I would apply the exclusionary rule to this probation revocation. I believe the harassment evidence was admissible for that determination.